**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**West Palm Beach Division**
www.flsb.uscourts.gov

**In re:**

**KENNETH WILLIAM BROWN**          Case No. 13-13343-BKC-EPK

    **Debtor.**          Chapter 11 Case
_____/

**STIPULATED MOTION FOR SUBSTITUTION OF COUNSEL**

    **Kenneth William Brown**, Debtor**,** does agree and stipulate that **The Talarchyk Firm** shall be substituted in this action for Talarchyk Newburgh, LLC and Steve Newburgh, Esquire, which shall both be released of any further responsibility in this action. Pursuant to Local Rule Rule 2091-1, the undersigned counsel certifies that Kenneth W. Brown consents to the substitution.

Dated this 19th day of June.

| | |
|---|---|
| The Talarchyk Firm | Steve S. Newburgh, P.A. |
| The Worth Avenue Building | 5840-B North Flagler Drive |
| 205 Worth Avenue, Suite 320 | West Palm Beach, FL 33407 |
| + 1.561.899.3333 (O) | |
| +1.561.899.3379 (F) | |
| | |
| By:/s/ Tina M. Talarchyk | By: /s/ Steve S. Newburgh |
|    Tina M. Talarchyk, Esquire |    Steve S. Newburgh, Esquire |
|    Florida Bar No.: 794872 |    Florida Bar No.: 348619 |

## CERTIFICATE OF SERVICE

**13-13343-EPK Notice will be electronically mailed to:**

Stephen P. Drobny, Esq. on behalf of Creditor RES-FL SIX, LLC
sdrobny@joneswalker.com, rbruckmann@joneswalker.com;tsnow@joneswalker.com

Heidi A Feinman on behalf of U.S. Trustee Office of the US Trustee
Heidi.A.Feinman@usdoj.gov

Thomas R. Lehman, Esq. on behalf of Plaintiff Frank Rodriguez
trl@lkllaw.com, jmh@lkllaw.com;esf@lkllaw.com;cag@lkllaw.com

Thomas R. Lehman, Esq. on behalf of Plaintiff Susan Rodriguez
trl@lkllaw.com, jmh@lkllaw.com;esf@lkllaw.com;cag@lkllaw.com

Ronald J Lewittes, Esq on behalf of Creditor Carlson & Lewittes, P.A.
lewittes@carlson-law.net, carlson@carlson-law.net

Kenneth W. Lockwood, Esq. on behalf of Creditor Suntrust Mortgage, Inc.
bk@dczahm.com

Laudy Luna, Esq. on behalf of Creditor Bank of America, N.A.
ll@lgplaw.com, de@lgplaw.com

Nicole M Noel on behalf of Creditor GMAC Mortgage, LLC
bankruptcynotices@kasslaw.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Bradley S Shraiberg on behalf of Creditor Wendy E. Brown
bshraiberg@sfl-pa.com,
dwoodall@sfl-pa.com;vchapkin@sfl-pa.com;lrosetto@sfl-pa.com;scusack@sfl-pa.com;blee@sfl-pa.com

Tina M. Talarchyk, Esq. on behalf of Debtor Kenneth William Brown
tmt@palmbeachbk11.com, ssn@palmbeachbk11.com