

ORDERED in the Southern District of Florida on February 18, 2015.

Erik P. Kimball, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

Kenneth William Brown,                    Case No.: 13-13343-EPK

   Debtor.                                Chapter 11

_____/

**ORDER APPROVING PLAN PROPONENT'S APPLICATION FOR APPROVAL OF EMPLOYMENT OF LAMAR P. FISHER AND FISHER AUCTION COMPANY AS AUCTIONEER AND BROKER FOR SALE OF MANALAPAN PROPERTY UNDER PLAN OF REORGANIZATION DATED DECEMBER 23, 2014 AND REQUEST FOR TERMINATION OF PREVIOUSLY EMPLOYED BROKERS**

**THIS MATTER** came before the Court for hearing on February 5, 2015 upon Wendy E. Brown's (the "Plan Proponent") *Application for Approval of Employment of Lamar P. Fisher and Fisher Auction Company as Auctioneer and Broker for Sale of Manalapan Property Under Plan of Reorganization Dated December 23, 2014 and Request for Termination of Previously Employed Brokers* (the "Application") [ECF No. 348], which sought to retain and employ Lamar P. Fisher and Fisher Auction Company, and the *Affidavit of Lamar Fisher* (the "Affidavit") attached thereto. The Court, having considered the Application and Affidavit, having heard the statements of counsel, and being otherwise advised in the premises hereby

{1307/000/00282331}
7415938 v1

**ORDERS AND ADJUDGES** that:

1. The Application is **APPROVED.**

2. The Plan Proponent's employment of Lamar P. Fisher and Fisher Auction Company (together, the "<u>Firm</u>") as an auctioneer for purposes of conducting the auction and sale of the Manalapan Property[1] is **APPROVED**.

3. Compensation to the Firm will be based on a 6% buyer's premium to be charged to the successful purchaser, and due and payable upon the closing of the sale of the Manalapan Property. The buyer's premium will consist of 6% of the successful bid and will be divided as follows: i) 6% of the successful bid price will be paid to the Firm; and ii) 2% of the successful bid price will be paid to any "procuring cause broker,"[2] if any, from the Firm's earned real estate commissions of 6% of the successful bid price.

4. Fisher shall file a fee application with the Court, and obtain approval of such fee application prior to receiving payment of such fees.

5. Kenneth William Brown's (the "<u>Debtor</u>") employment of K2 Realty, Paul Bergman, Reback Realty, Inc. and Douglas Elliman, Florida, LLC as realtors is terminated.

### 

Submitted by:

Shraiberg, Ferrara & Landau, P.A.
Bernice C. Lee
Attorneys for the Plan Proponent
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
blee@sfl-pa.com

Bernice C. Lee, Esq. is directed to immediately serve a conformed copy of this Order and to file a Certificate of Service evidencing same.

---

[1] Capitalized terms not defined herein shall have the meanings provided for in the Application.
[2] A procuring cause broker is any duly licensed real estate broker who properly registers a client who becomes a successful bidder and, ultimately, the successful purchaser who closes on the sale of the Manalapan Property.

{1307/000/00282331}2

7415938 v1